AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**FILED**

JAN 2 0 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

__SEAN FOXX__
Petitioner

v.

__JAVIER SALAZAR__
Respondent
*(name of warden or authorized person having custody of petitioner)*

Case No. __SA23CA0082 OG__
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: __SEAN Micheal FOXX__
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: __BEXAR COUNTY JAIL__
   (b) Address: __200 N. COMAL ST, SAN ANTONIO, TX 78207__

   (c) Your identification number: __#736302__

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain:

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you: _____
         (b) Docket number of criminal case: _____
         (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☑ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☐ Other (explain): The DENial of A speedy Trial BY THE STATE WHiCH is GUAranTEED bY THE 6TH Amendment OF THE U.S. ConsTiTuTion.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: 290TH Judicial DisTricT CourT, 101 W. NUEVA, SuiTE 217, SAN ANTonio, TX, 78205
   (b) Docket number, case number, or opinion number: 2022-CR10859
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): THE unconsTiTuTionAl USE OF unconsTiTonAl Evidence IN VioIATion OF THE 4TH, 5TH, 6TH And 14TH Amendments OF THE U.S. ConsTiTuTion. For unIAwful PreTrial deTenTic
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: 290TH JudiciAL DisTricT CourT
      (2) Date of filing: 10-12-2022
      (3) Docket number, case number, or opinion number: 2022CR10859/CM-0996
      (4) Result: IGnored/DENied
      (5) Date of result: 10-12-2022
      (6) Issues raised: moTion To surpress Evidence illegal ArresT, - suppress Evidence conTrived THru ~~~ PerJured TesTimony BY complianant: ChasTiTY lewis: CASE: CM-099045 CAUSE: 2022CR10859

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes    ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: CourT OF criminAl AppeAls OF TEXAS, STATE Supreme CourT.
   (2) Date of filing: 12-27-2022
   (3) Docket number, case number, or opinion number: CM-099045; CAUSE: 2022CR10859 CAUSE-2022CR10859
   (4) Result: RETurned/Denied
   (5) Date of result: 12-27-2022
   (6) Issues raised: INvalid illegal ArresT warranT. Abuse of DiscreTion, FAlse STATEmenTs Evidenced bY RETrAcTion OF STATEmenTs bY complianant; CHAsTiTY lewis official oppression bY JAvier sAlAzAr/Agents OF BCSO And BexAr CounTY DisTricT ATTorneYs office.
   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes        ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes        ☒ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes      ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes      ☒ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☑ Yes       ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: ~~_____~~ Application of writ of Hebeos corpus
(b) Name of the authority, agency, or court: 290th Judicial District Court, Bexar County, TX
(c) Date of filing: 11-10-2022
(d) Docket number, case number, or opinion number: 2022-CR10859/CM-099045
(e) Result: Ignored/Denied
(f) Date of result: 11-15-2022
(g) Issues raised: Invalid Arrest warrant relief from Illegal restraint relief From warrant Based on False Information/Statement's/Testimony/ Perjury In Violation Of The 4th, 5th And 8th Amendments Of The U.S. Constitutio[n]

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Citing Mooney v. Holohan, 294 U.S. 103 (1935) Thru The Presentation of Testimony Known To be Perjured (By The State I'm Being held in Pre-Trial Detention/Custody Awaiting Trial Based On Unlawful, Unconstitutional Evidence Which is False Statement's/ Testimony (known To Be Perjured BY THE STATE OF TEXAS,

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

COMPLAINANT: CHASTITY LEWIS IN CAUSE: 2022CR10859 RETRACTED HER ALLEGATIONS/STATEMENT'S ON NOV.7.2022 AGIANST ME IN WHICH SHE COMMITED PERJURY KNOWINGLY. DURING THE VICTIM IMPACT STATEMENT. PERJURED TESTIMONY/FALSE STATEMENTS ARE BEING USED KNOWINGLY AS A BASIS TO HOLD ME IN PRE-TRIAL DETENTION ON EXCESSIVE BAIL.

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes   ☐ No

GROUND TWO: CITING FRANKS V. DELAWARE, 438 U.S. 154 (1978) FALSIFIED ALLEGATIONS/STATEMENT'S WERE USED BY A POLICE OFFICER IN CAUSE: 2022CR10859 TO MISLEAD THE CENTRAL MAGISTRATE OF BEXAR COUNTY, TX TO ISSUE ILLEGAL WARRANT FOR ARREST.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

FALSE STATEMENT'S WERE NECESSARY TO FINDING OF PROBABLE CAUSE ON ARREST WARRANT ISSUED ON 05-14-2022 BY CENTRAL MAGISTRATE OF BEXAR COUNTY, VIOLATING U.S.C.A. CONST.AMENDS.4,14, IN CONNECTION TO CAUSE: 2022CR10859; COMPLAINANT: CHASTITY LEWIS; RETRACTED HER STATEMENT'S/ ALLEGATIONS AND COMMITED PERJURY ON NOV.7.2022 WHICH IS ON THE RECORD/EVENT LOG IN CASE/CAUSE: 2022CR10859

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes   ☐ No

GROUND THREE: OFFICIAL OPPRESSION/NEGLECT OF DUTY/ FALSE IMPRISONMENT BY JAVIER SALAZAR/ BCSO INVESTIGATOR RICHARD MARTINEZ BADGE #334/ BEXAR COUNTY SHERIFF'S OFFICE AND BEXAR COUNTY DISTRICT ATTORNEY OFFICE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I AM KNOWINGLY BEING HELD IN STATES CUSTODY/PRE-TRIAL DETENTION BASED ON PERJURED TESTIMONIAL STATEMENT'S/ALLEGATIONS/FALSE ADDRESS AS CRIME SCENE; NO CRIME SCENE INVESTIGATION EVER CONDUCTED EVIDENCED BY THE RECORD IN CASE:CM-099045   CAUSE: 2022CR10859.

(b) Did you present Ground Three in all appeals that were available to you?

☑ Yes   ☐ No

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Denial of Speedy And Public Trial which is Guaranteed By The Sixth Amendment Of The U.S. Constitution OF THE United States.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: All my motions for speedy trial have been ignored or denied in Cause: 2022CR10859 Resulting In Delay Causing Prejudice By Oppressive Pre-Trial Incarceration, The Maximization Of Anxiety And concern of the outcome of Accusation Against me, And impairment of my Defense To Allegations Concerning Cause; 2022CR10859

(b) Did you present Ground Four in all appeals that were available to you?

☒ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Concerning Grounds 1 Thru 3 I'm requesting relief from the Cruel And Unusual, False misleading And illegal custody And Restraint of The Bexar County,TX/States Authorities And Attorneys. Concerning Ground 4 I Request Relief From the Denial OF A Speedy Trial Either By Forcing State To conduct A Trial or The Entitlement To Dismissals OF The indictment IN Cause: 2022CR10859 That I'm Presently being Denied such A Trial For indictment And Entitled To Force The State To Proceed or Dismiss.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

01-19-2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 01-18-2023

_____
*Signature of Petitioner*

_____
*Signature of Attorney or other authorized person, if any*

CAUSE NO: 2022CR10859

THE STATE OF TEXAS
V.
SEAN FOXX

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 27 2022 11:07

Deana Williamson, Clerk

Must be filed with District Clerk

APPLICATION FOR A Pre-Trial WRIT OF HEBEAS CORPUS UNDER 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE I PRAY FOR RELIEF FROM THE FOLLOWING:

A

1. UNLAWFUL RESTRAINT/ ILLEGAL ARREST.

2. INSUFFICIENT HEARSAY AFFADAVIT UNDER AGUILAR FOR ARREST WARRANT/ABUSE OF DISCRETION.

3. INVALID/ILLEGAL ARREST WARRANT.

4. FALSE STATEMENT'S EVIDENCED BY RETRACTION OF STATEMENTS DURING VICTIM IMPACT STATEMENT ON 11-07-2022 BY CHASTITY LEWIS MAKING INDICTMENT FOR THIS CAUSE INVALID.

5. OFFICIAL OPPRESSION UNDER Section 39.03 OF THE TEXAS PENAL CODE BY Javier Salazar/AGENTS OF BCSO AND BEXAR COUNTY DISTRICT ATTORNEY OFFICE.   P.1 OF

GROUND OF Error ONE: INSUFFICIENCY OF Arrest AFFADAVIT/ LEGALITY OF Arrest.

FACTS SUPPORTING GROUND ONE:

THE AFFADAVIT UPON WHICH THE Arrest WARRANT WAS ISSUED WAS BASED UPON Hearsay AND DID not COMPLY WITH THE REQUIREMENTS OF AGUILAR v. TEXAS, 378 U.S. 108, 84 S.Ct. 1509, 12 L.Ed.2d 723 (1964) THE AFFADAVIT IN ISSUE Alleges that I, SEAN FOXX COMMITTED OFFENSES OF AGG Assault W/ A DEADLY WEAPON AND UNLAWFUL Restraint THE unlawful restraint charge has since Been Dismissed AND ADDED AS A ■COUNT ON INDICTMENT For CAUSE: 2022CR10859. THE SOURCE OF WHICH Allegation WAS INFORMATION FROM CHASITY LEWIS AND NOT BASED UPON Personal KNOWLEDGE of or Observations BY THE Affiant (RICHARD MARTINEZ BADGE #334) (Bexar County Sherriff Office) Clearly, THE Allegation IS Hearsay. THE Supreme COURT HAS held THAT the SAME STANDARD SET forth IN AGUILAR exist for Hearsay Affadavits supporting Arrest warrant's as exist for Those given IN Support of Search Warrants. BARNES v. TEXAS, 380 U.S. 253, 85 S.CT. 942, 13 L.Ed.2d 818 (1965)

P.2 OF

A Hearsay Affidavit, otherwise insufficient under Aguilar may be buttressed with corroborating facts obtained in surveillance or information obtained from other sources. Spinelli v. United States, supra; Polanco v. State, Tex.Cr.App., 475 S.W.2d 763. The facts recited for corroboration purpose must, however be based upon personal knowledge of or observations of the affiant. Thus with respect to the prior sentences, neither of the two prongs of Aguilar has been satisfied. Concerning Arrest Affidavit For Cause; 2022CR10859 Cruiz v. State, Tex.Cr.App. 457 S.W.2d 894 (concurring opinion) On 11-07-2022 Chastity lewis retracted her statements made to Bexar County sheriff officers. The location/address Given in Incident report: BCSO-2022-009512 In Cause: 2022CR10859 was a fabricated Address to location of crime. A Address that is not a real location. The possibility is very real that the police may be misinformed to the address of a Alleged suspect or as to other material information or in this cause is very real. Miller v. United States, supra, 357 U.S., at 313, n.12, 78 S.Ct., at 1198, 2 L.Ed2d 1332

P.3 of

BCSO/SAPD obviously knew that address given by Chastity Lewis was fabricated, a arrest warrant was issued by Bexar County Central Magistrate on 05-14-2022 for my arrest with fabricated location of crime which is apart of a arrest affidavit and indictment in Cause: 2022CR10859 under Texas law BCSO or SAPD can force open or break down door to fabricated location to make arrest, this was never done over a 4 month period. I was arrested walking down the street this is how warrant was executed. Prior sentences show constitutional violations, official oppression, and police misconduct. The states argument of exigent circumstances is weakened by the fact that the police officers actually took the time to seek and obtain a warrant, ♠ the police have long been permitted to act without obtaining a magistrates approval when the exigencies of the situation have made the course imperative.

Where, APPLICANT PRAYS THAT THE COURT GRANT THE APPLICANT relief TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING

I AM THE APPLICANT

Sean FOXX

DATE: 12-20-2022    *Sean foxx*
                    APPLICANT

APPLICANT PRINTED NAME: SEAN FOXX
200 N. COMAL
SAN ANTONIO, TX
78207

## UNSWORN DECLARATION BY INMATE

I, __SEAN FOXX__, SID __736302__

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the __20__ day of __DECEMBER__, __2022__

_Sm foxx_
Defendant

```
DPW:                    ***  Case Inquiry Page (B1-Page) ***       *Action Code: __
Selection: JDG   Qualifier: 2090074_____
Trn: 9203104550  Sfx: A002    MH 16.22 RPT COMPLETED    120820221538 DC5M
  JN     CNC  Juris   *Court    Case Nbr     Loc   Defendant's Name
2090074   1   YES   _ D290    2022CR10859    JAL   FOXX , SEAN MICHAEL
              Assignment Nbrs: BCSO: 2022009512   SID: 0736302   Suff: 01
COMPLAINT Date: 05 14 2022  : SAPD: 2022204790   R: B   S: M   DOB: 03 11 1985
*Code   *Description        :Other: _____    *Stat Code     Date      Nbr
130116  AGG ASSLT W/DEADLY WPN_____    G Jury: _ IND      11 10 2022 0782131
State Off Code: 13150005    GOC: O         Prosecutor Action: A *ORI: TX015025A
Off Date: 05 14 2022 Type: F2  R/H: H   *Warrant: _ RET 0802 09 21 2022 1798959
Reduce Off: _  *Special Crime Code: 701  Summons: _ ___         __ __ ____
NO FIREARMS Date   *St                   War Agcy/Case:
Arrgn: _ 11 11 2022 S  Ph-Crt    Custody 09 21 2022 B20223316503
 Hrng:  __ __ ____ _   D290 Mag Court: CM__ 099045_____ Mag Date: 09 20 2022
Trial: _ 02 06 2023 S  Track: S  Release:
 Sent:  __ __ ____     Bnd Org:      *Bond: _ SET 09 21 2022 75000.00__ _____
  *Case St: _ 0104 02 06 2023 AWTG TRIAL_____    *Court ORI: TX015185J
  *Disp St: _ ___ __ __ ____ _____                  Yr  Mo  Dy
*Sent/Jdgt: _ ___ __ __ ____ _____          Term:   __  __  __
Strt Date: __ __ ____     End Date: __ __ ____      *Credit:   __  __
Deadly Weapon: _                    Last Updated 11 17 2022 1949 VNMU 10212
  KJMPCIB1   Help = <PF1>   Schd = <PF6>                              KJCIDB1
```