Case 5:23-cv-00082-OLG   Document 5   Filed 01/24/23   Page 1 of 1

FILED
January 24, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SEAN FOXX, SID #736302, <br><br> Petitioner, <br><br> v. <br><br> JAVIER SALAZAR, BEXAR COUNTY SHERIFF, <br><br> Respondent. | § <br> § <br> § <br> § <br> §     SA-23-CV-00082-OLG <br> § <br> § <br> § <br> § <br> § |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Petitioner Sean Foxx's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to exhaust state remedies and based on the *Younger* abstention doctrine, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Sean Foxx's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED**.

It is **SO ORDERED**.

**SIGNED** this <u>24th</u> day of January, 2023.

_____
ORLANDO L. GARCIA
United States District Judge